# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk  
Jarrett B. Perlow, Chief Deputy  
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

May 22, 2013

## RECEIPT FOR SURRENDER OF PASSPORT

USA v. Kiran Dewan  
1:12−cr−00400−WDQ

Received this 22 day of May, 2013 from Defendant, one passport ending with 2770 issued by the country of the United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further ordered. Following the termination of these proceedings, the Clerk will order the destruction of any passport in custody beyond twenty years from date of issuance of the passport.

Very truly yours,

_____/s/_____  
Felicia C. Cannon  
Clerk, U.S. District Court  
District of Maryland  
prepared by: K. Owens