AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>KIRAN DEWAN<br>*Defendant* | Case No. WDQ-12-400 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kiran Dewan, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy and bribery of a public official.

Date: 01/08/2013

*Issuing officer's signature*
Stephanie A. Gallagher
~~Susan K. Gauvey~~, U.S. Magistrate Judge
*Printed name and title*

City and state: Baltimore, Maryland

### Return

This warrant was received on *(date)* 1/8/13, and the person was arrested on *(date)* 5/21/13 at *(city and state)* Baltimore, MD.

Date: 5/21/13

*Arresting officer's signature*

Paul Murdic / Special Agent
*Printed name and title*