AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD
2013 JAN -8 P 1:50

# UNITED STATES DISTRICT COURT
for the
District of Maryland

2013 JAN -8 P 12:08

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. WDQ-12-400 |
| | ) | |
| MOHAMMAD KHAN | ) | FILED ___ ENTERED ___ LODGED ___ RECEIVED |
| *Defendant* | ) | MAY 22 2013 |

## ARREST WARRANT

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mohammad Khan

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy and bribery of a public official.

Date: 01/08/2013

*Issuing officer's signature*

Stephanie A. Gallagher

City and state: Baltimore, Maryland

Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 1/8/13 | and the person was arrested on *(date)* 5/22/13 |
|---|---|
| at *(city and state)* Brooklyn Park, MD | |

Date: 5/22/13

Ron Morris / Special Agent
*Arresting officer's signature*
*Printed name and title*