# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

June 19, 2013

Harry M. Gruber, Esquire
Gregory Bockin, Esquire
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, MD 21201

Gerald C. Ruter, Esquire
Law Office of Gerald C. Ruter PC
9411 Philadelphia Road, Suite O
Baltimore, MD 21237

Wayne D. Price, Esquire
Murphy & Price, LLP
77 West Street, Suite 110
Annapolis MD 21401

Teresa Whalen, Esquire
Law Office of Teresa Whalen
801 Wayne Avenue, Suite 400
Silver Spring, MD 20910

Andrew C. White, Esquire
Silverman, Thompson, Slutkin and White LLC
201 North Charles Street, Suite 2600
Baltimore, MD 21201

Re: *United States v. Kiran Dewan, et al.*, Criminal No. WDQ-12-0400

Dear Counsel:

This five- to six-day jury trial is scheduled to begin on Monday, January 6, 2014, at 9:30 a.m., in Courtroom 3A. The parties shall submit requests for *voir dire* and jury instructions by Friday, December 13, 2013. The parties shall submit a speedy trial consent order by Friday, June 28, 2013.

Although informal, this letter is an Order of the Court and will be docketed accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: Felicia C. Cannon, Clerk